FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT MAY 24  PM 1: 53
DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 19cr 10176 |
| v. | Violations: |
| FIOR GARCIA, | Count One: Conspiracy to Distribute and to Possess with Intent to Distribute 400 Grams or More of Fentanyl |
| Defendant | (21 U.S.C. §§ 846 and 841(b)(1)(A)(vi)) |
| | Count Two: Possession with Intent to Distribute 40 Grams or More of Fentanyl (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi)) |
| | Forfeiture Allegation: (21 U.S.C. § 853) |

## INFORMATION

### COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute 400 Grams or More of Fentanyl
(21 U.S.C. §§ 846 and 841(b)(1)(A)(vi))

The United States Attorney charges:

From in or about July 2017 through on or about April 11, 2018, in Haverhill and

Lawrence, in the District of Massachusetts, the defendant,

### FIOR GARCIA,

conspired with other persons known and unknown to the United States Attorney, to knowingly and

intentionally distribute and possess with intent to distribute a mixture and substance containing a

detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as

fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section

841(a)(1).

1

It is further alleged that the offense charged in Count One involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to this Count.

It is further alleged that, with respect to Count One, 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, FIOR GARCIA.   Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to defendant FIOR GARCIA.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### Possession with Intent to Distribute 40 Grams or More of Fentanyl
### (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The United States Attorney further charges:

On or about April 11, 2018, in Haverhill and Lawrence, in the District of Massachusetts, the defendant,

### FIOR GARCIA,

did knowingly and intentionally possess with intent to distribute 40 grams or more of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The United States Attorney further alleges that:

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Sections 841 and 846, set forth in Counts One and Two of this Information, the defendant,

### FIOR GARCIA,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

     a. cannot be located upon the exercise of due diligence;

     b. has been transferred or sold to, or deposited with, a third party;

     c. has been placed beyond the jurisdiction of the Court;

     d. has been substantially diminished in value; or

     e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

4

DATED: May 24 , 2019

                                    ANDREW E. LELLING
                                    United States Attorney

                        By:         _____
                                    LAUREN A. GRABER
                                    Assistant U.S. Attorney